**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joyce L Oslacky** | Social Security number or ITIN **xxx–xx–6360** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–21916–JAD**

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Joyce L Oslacky

   9/20/17                                                                               **By the court:**   Jeffery A. Deller
                                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318   **Order of Discharge**   page 2

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 17-21916-JAD
Joyce L Oslacky                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                 Page 1 of 1        Date Rcvd: Sep 20, 2017
                              Form ID: 318                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db             +Joyce L Oslacky,    517 N. Highland Avenue,    Oakdale, PA 15071-1121
14416911       +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14416912        Chase Card Member Service,    PO Box 1423,    Charlotte, NC 28201-1423
14416922        Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
14416924        The Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2017 01:31:18     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14416908       +E-mail/Text: bk@avant.com Sep 21 2017 01:31:57      Avant,    222 N Lasalle Street,
                 Chicago, IL 60601-1101
14416909        EDI: CAPITALONE.COM Sep 21 2017 01:18:00      Capital One Bank USA, NA,    PO Box 71083,
                 Charlotte, NC 28272-1083
14416910       +EDI: CAPITALONE.COM Sep 21 2017 01:18:00      Capital One USA, NA,   15000 Capital One Drive,
                 Richmond, VA 23238-1119
14416913        EDI: WFNNB.COM Sep 21 2017 01:18:00      Comenity Bank/NWYRK & Co,    PO Box 182789,
                 Columbus, OH 43218-2789
14416914       +EDI: WFNNB.COM Sep 21 2017 01:18:00      Comenity Bank/NwYrk & Co.,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
14416916       +EDI: CBSKOHLS.COM Sep 21 2017 01:18:00      Kohl’s,    PO Box 3115,   Milwaukee, WI 53201-3115
14416915        EDI: CBSKOHLS.COM Sep 21 2017 01:18:00      Kohl’s,    PO Box 2983,   Milwaukee, WI 53201-2983
14416917        EDI: RMSC.COM Sep 21 2017 01:18:00     Lowe’s/Synchrony Bank,    PO Box 530914,
                 Atlanta, GA 30353-0914
14416921        EDI: AGFINANCE.COM Sep 21 2017 01:18:00      One Main,   PO Box 64,    Evansville, IN 47701-0064
14416920        EDI: AGFINANCE.COM Sep 21 2017 01:18:00      One Main,   PO Box 742536,
                 Cincinnati, OH 45274-2536
14416919       +EDI: AGFINANCE.COM Sep 21 2017 01:18:00      One Main,   1063 Washington Avenue,
                 Carnegie, PA 15106-3646
14416918        EDI: AGFINANCE.COM Sep 21 2017 01:18:00      One Main,   PO Box 9001122,
                 Louisville, KY 40290-1122
14418252       +EDI: PRA.COM Sep 21 2017 01:18:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14416923        EDI: RMSC.COM Sep 21 2017 01:18:00     Synchrony Bank,    Care Credit,    PO Box 960061,
                 Orlando, FL 32896-0061
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca   Kuna   on behalf of Debtor Joyce L Oslacky rkuna@kunalawoffice.com,    beckykuna@yahoo.com
                                                                                             TOTAL: 4
```